```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| IN RE: APPLICATION OF BERNADETTE BRENNAN TO PRACTICE BEFORE THE COURT | ) ) ) ) ) | MISC. NO. 14-00060 SOM-KSC<br><br>ORDER PERMITTING PRACTICE |

## ORDER PERMITTING PRACTICE

The Court having considered the Application of Bernadette Brennan to practice before the Court and the Declaration in support of said Application, and it appearing that the requirements of LR83.1(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii have been met,

It is hereby ordered that leave of Bernadette Brennan to appear and practice before this Court on behalf of the United States and to attend to the interests of the United States during the period of her employment by the United States is granted.

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii; March 21, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge